UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. 08 MJ 1465 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Alberto RAMIREZ,** ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 7, 2008** within the Southern District of California, defendant, **Alberto RAMIREZ**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF **MAY 2008**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Alberto RAMIREZ

## PROBABLE CAUSE STATEMENT

On May 7, 2008 at approximately 10:25 p.m., Border Patrol Agent E. Gomez was performing line watch operations in an area known as the "660 Road", near Otay Mesa, California. The "660 Road", is located approximately two miles east of the Otay Mesa Port of Entry and is approximately 50 yards north of the United States/Mexico International Boundary. Agent Gomez responded to information provided by night scope operator, Border Patrol Agent G. Custenborder. Agent Custenborder advised Agent Gomez that there were two individuals walking in a northern direction from the border fence. Agent Gomez responded and conducted an immediate search of the area and observed two individuals attempting to conceal themselves. Agent Gomez approached the individuals and identified himself in both the English and Spanish languages as a United States Border Patrol Agent. Agent Gomez questioned the two individuals concerning their citizenship and nationality. Each individual stated that they were citizens and nationals of "Mexico." Agent Gomez then asked each individual if they had in their possession any legal United States immigration documents that would allow them to be in or remain in the United States legally. Both individuals, including one later identified as the defendant **Alberto RAMIREZ**, stated "No." At approximately 10:30 p.m., Agent Gomez placed both individuals under arrest and transported them to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 05, 2008** through Calexico, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen and national of Mexico and that he illegally crossed the United States/ Mexico International Border near Otay Mesa, California.